March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Richard Ramos    Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 90 ( JGK ) (       )

Defendant __Richard Ramos__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_    Initial Appearance/Appointment of Counsel

_X_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

\_\_\_    Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Richard Ramos
_____
Print Defendant's Name

/s/ David B. Anders
_____
Defense Counsel's Signature

David B. Anders
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

4/5/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge